DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-00-00362-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




TEXAS DEPARTMENT OF 

TRANSPORTATION,
§
 APPEAL FROM THE 349TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


JOYCE WILLIAMS, ET AL.,

APPELLEES
§
 HOUSTON COUNTY, TEXAS







MEMORANDUM OPINION (1)


 Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. Appellant's motion represents that the parties have
compromised and settled all matters in controversy between the parties to this appeal. Further,
Appellant requests that this appeal be dismissed with prejudice and that all costs be assessed against
Appellant. Because Appellant has met the requirements of Tex. R. App. P. 42.1(a)(2), the motion
is granted, and the appeal is dismissed with prejudice. 

 

Opinion delivered May 14, 2002.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.



(DO NOT PUBLISH)


1. See Tex. R. App. P. 47.1.